JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
SHAWN L.H. KUHNS

FILED
DISTRICT COURT OF GUAM
APR 18 2005
MARY L.M. MORAN
CLERK OF COURT

FILED
DISTRICT COURT OF GUAM
AUG - 2 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 95-00082 |
| | ) CIVIL CASE NO. 04-00048 |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) VACATE CONVICTION AND |
| vs. | ) SENTENCE |
| | ) |
| SHAWN L.H. KUHNS, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO VACATE CONVICTION AND SENTENCE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the defendant's conviction on Criminal Case No. 95-00082 and Civil Case No. 04-00048 be vacated as a result of the Ninth Circuit Court of Appeals decision in United States v. Cabaccang, 332 F.3d 622 (9th Cir. 2003). It is the intent of the parties that Mr. Kuhns' conviction and sentence be rendered null and void based on the rationale set forth in Defendants Motion to Vacate, Set Aside,

or Correct Sentence, pursuant to 28 U.S.C. § 2255 and the Government's Answer filed in response thereto.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, April 11, 2005.

JOHN T. GORMAN
Attorney for Defendant
SHAWN L.H. KUHNS

DATED: Hagatna, Guam, April 11, 2005.

KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED that the judgment of conviction and sentence in this case be vacated:

DATED: Hagatna, Guam, April 11, 2005.

RONALD S.W. LEW
Designated Judge
District Court of Guam

RECEIVED
APR 1 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2